## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEPHANIE HOLSAPPLE** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:25cv53-HSO-RPM** |
| | § | |
| | § | |
| **BP EXPLORATION & PRODUCTION** | § | |
| **INC., et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered this date, which dismissed Plaintiff

Stephanie Holsapple's claims without prejudice under Federal Rule of Civil

Procedure 25(a)(1),

   **IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

   **SO ORDERED AND ADJUDGED**, this the 17th day of April, 2026.


_s/ Halil Suleyman Ozerden_

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE